# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| URBANSKI, LEONARD D | § | Case No. 11-24487 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   
   9:30 a.m., on Thursday, October 3, 2013
   in Courtroom  680, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                             Clerk of Bankruptcy Court

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| URBANSKI, LEONARD D | § | Case No. 11-24487 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 1,814.20 |
| leaving a balance on hand of[1] | $ | 5,185.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Wells Fargo Bank, NA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002A | JP MORGAN CHASE BANK NA | $ 99,912.31 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 5,185.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,360.00 | $ 0.00 | $ 1,043.39 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 5,378.50 | $ 0.00 | $ 4,126.39 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 20.88 | $ 0.00 | $ 16.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Auctioneer Fees: Martin Auction | $ 700.00 | $ 700.00 | $ 0.00 |
| Auctioneer Expenses: Martin Auction | $ 200.00 | $ 200.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     5,185.80

Remaining Balance     $     0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 26,800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | June Marie Ackley fka June M. Urbanski | $ 26,800.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $     0.00

Remaining Balance     $     0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,459.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Great Lakes Educational Loan Services | $ 19,459.86 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

  Remaining Balance                      $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

              Prepared By: /s/_____
                       Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*Suite 200*
*20 N. Clark St.*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Leonard D Urbanski  
    Debtor

Case No. 11-24487-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: ccabrales    Page 1 of 2    Date Rcvd: Sep 04, 2013  
                Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2013.

```
db          +Leonard D Urbanski,    6804 N. Oleander,    Chicago, IL 60631-1130
17393463    +Attilio V. Fiumetto,    218 N. Jefferson Street,    Suite 400,    Chicago, IL 60661-1306
17393464    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17393465    +Chase-mnhtn,    Po Box 901039,    Fort Worth, TX 76101-2039
17393466    +GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
17672560     Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
17600426    +JP MORGAN CHASE BANK NA,    H.E. BANKRUPTCY DEPARTMENT,    2901 KINWEST PARKWAY,
               IRVING TEXAS 75063-5815
17393468    +June Marie Ackley fka June M. Urbanski,    Deborah Kanner Ebner,    11 E Adams Street Suite 904,
               Chicago, IL 60603-6306
17393470    +Nbgl-carsons,    Po Box 15521,    Wilmington, DE 19850-5521
17393472    +Palos Community Hospital,    12251 S. 80th Ave.,    Palos Heights, IL 60463-0930
17393473    +Park Ridge Psychological Services,    36 Main Street,    Suite 106,    Park Ridge, IL 60068-4059
17628842    +Parkview Orthopaedic Group, S.C.,    7600 West College Drive,    Palos Heights, IL 60463-1066
17393474    +Peoples Gas,    Attention: Alease Lawson,    Po Box 2562,    Tampa, FL 33601-2562
17628843     Renuka H. Bhatt, MDSC,    2202 Essington Road Suite 101,    Joliet, IL 60435-1634
17628844    +Richard T. Francis & Assoc.,    4708 Main Street Suite 203,    Lisle, IL 60532-1996
17393475    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
17393476    +Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
17393477    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17393478    +The Midwest Center for Sight,    8901 W. Golf Road,    Suite 300,    Des Plaines, IL 60016-4029
17393479    +Us Dept Of Ed/glelsi,    2401 International,    Madison, WI 53704-3121
17393480    +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
17393481   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
17492480     Wells Fargo Bank, NA,    1 Home Campus X-2302-04C,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17393467     E-mail/Text: cio.bncmail@irs.gov Sep 05 2013 02:06:57    IRS,    PO Box 57,    Bensalem, PA 19020
18435081     E-mail/Text: ECF@SHERMETA.COM Sep 05 2013 02:23:21       JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
17393471    +E-mail/Text: gail@oconnorfamilylaw.com Sep 05 2013 02:22:08      O'Connor Family Law, P.C.,
               30 N. LaSalle Street,    Suite 2424,    Chicago, IL 60602-3361
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17393469   ##+Nadler, Pritikin & Mirabelli, LLC,    One Prudential Plaza - 12th Floor,    130 E. Randolph Drive,
               Chicago, IL 60601-6216
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2013                                  Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Sep 04, 2013
                              Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2013 at the address(es) listed below:

```
              Ben L Schneider     on behalf of Debtor Leonard D Urbanski ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Clay  Mosberg    on behalf of Creditor    Wells Fargo Bank, NA cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              Jose G Moreno     on behalf of Creditor    GMAC MORTGAGE LLC nd-one@il.cslegal.com
              Joseph A Baldi     on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jabaldi@ameritech.net;jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper     on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
              M. Gretchen Silver     on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```