UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
URBANSKI, LEONARD D                     §    Case No. 11-24487
                                        §
         Debtor(s)                      §
                                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joseph A. Baldi_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEONARD URBANSKI |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | JP MORGAN CHASE BANK NA |  |  |  |  |  |
| 000001A | WELLS FARGO BANK, NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| MARTIN AUCTION | | | | | |
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| 000004A | JUNE MARIE ACKLEY FKA JUNE M. URBAN | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attilio V. Flummetto | | | | | |
| | Chase | | | | | |
| | GMAC | | | | | |
| | Midwest Center for Sight | | | | | |
| | NBGL-Carsons | | | | | |
| | Nadler, Pritikin & Mirabelli | | | | | |
| | O'Connor Family Law | | | | | |
| | Palos Community Hospital | | | | | |
| | Park Ridge Psychological Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas | | | | | |
| | RNB Fields | | | | | |
| | Sears Cbsd | | | | | |
| | Sears Credit Cards | | | | | |
| | US Dept. of Education | | | | | |
| | US Dept. of Education | | | | | |
| 000003A | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-24487 | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- | --- |
| Case Name: | URBANSKI, LEONARD D | | | Date Filed (f) or Converted (c): | 08/02/11 (c) |
| | | | | 341(a) Meeting Date: | 09/08/11 |
| For Period Ending: | 12/03/13 | | | Claims Bar Date: | 04/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Savings | 98.00 | 0.00 | | 0.00 | FA |
| 2. Chase Checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 5. 1990 Honda Accord: 130000 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. 2006 Harley Davidson Heritage Soft Tail | 7,600.00 | 6,100.00 | | 7,000.00 | FA |
| 7. 6804 N. Oleander, Chicago | 164,500.00 | 0.00 | | 0.00 | FA |
| Property listed for sale, no offers above $400,000, moved to abandon. | | | | | |
| TOTALS (Excluding Unknown Values) | $176,798.00 | $6,100.00 | | $7,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained approval to retain auctioneer and sell motorcycle at auction; auction was held in April 2012; Trustee investigated Estate's interest in real property (including analyzing the pending foreclosure proceedings on the property) which was owned jointly by the Debtor and his ex-wife; Trustee obtained court approval in October 2012 to retain a realtor to market the real property for sale; after all efforts to sell the property resulted in no reasonable offers, Trustee obtained court authority to abandon the Estate's interest in the real property; Trustee reviewed and examined the claims filed in the case and resolved claim objections; Trustee analyzed Estate tax issues; Trustee prepared TFR.

Initial Projected Date of Final Report (TFR): 09/30/12      Current Projected Date of Final Report (TFR): 09/30/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-24487 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | URBANSKI, LEONARD D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6831 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1846 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/26/12 | 6 | MARTIN ESCROW<br>Martin Auction<br>9515 Texas Church Rd<br>Clinton, IL 61727 | SALE PROCEEDS: VEHICLES | 1129-000 | 7,000.00 | 7,000.00 |
| 05/17/12 | 001001 | MARTIN AUCTION SERVICES, LLC<br>9515 TEXAS CHURCH RD<br>CLINTON, IL 61727 | Auctioneer Expenses<br>Auctioneer Expenses for sale of 2006<br>Harley-Davidson Motorcycle<br>  Fees         700.00<br>  Expenses    200.00 | <br><br><br>3610-000<br>3620-000 | 900.00 | 6,100.00 |
| 01/15/13 | 001002 | LEONARD URBANSKI<br>6804 N Oleander<br>Chicago, IL 60631 | Debtor's Exemption<br>payment of debtor's exemption in 2006 Harley Davidson motorcycle | 8100-002 | 900.00 | 5,200.00 |
| 02/07/13 | 001003 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | 4.20 | 5,195.80 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-003 | 10.00 | 5,205.80 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | 10.00 | 5,195.80 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | 5,185.80 |
| 10/04/13 | 001004 | Joseph Baldi, Trustee | Trustee Compensation | 2100-000 | 1,043.39 | 4,142.41 |
| 10/04/13 | 001005 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Fees (Trustee<br>  Fees         4,126.39 | <br>3110-000 | 4,142.41 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-24487 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | URBANSKI, LEONARD D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6831  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1846 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses      16.02 | 3120-000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account *******6831 | | Balance Forward | 0.00 | | | | |
| | 1 | Deposits | 7,000.00 | | 5 | Checks | 6,990.00 |
| | 0 | Interest Postings | 0.00 | | 1 | Adjustments Out | 10.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 7,000.00 | | | | |
| | 2 | Adjustments In | 0.00 | | | Total | $ 7,000.00 |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 7,000.00 | | | | |